IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LENA DETER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:13-cv-01385 |
| v. ) | Chief Judge Haynes |
| ) | |
| SUNTRUST BANK; EQUIFAX, INC., ) | |
| and EXPERIAN INFORMATION ) | |
| SOLUTIONS, INC., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is the parties' joint stipulation of dismissal of all claims pending in this action. (Docket Entry No. 14). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims against Defendant are **DISMISSED with prejudice**. Each party shall bear its own costs, attorney's fees, and expenses.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the 3rd day of September, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court